1  A. SASHA FRID (State Bar No. 216800)
   sfrid@millerbarondess.com
2  ROBBY S. NAOUFAL (State Bar No. 302148)
   rnaoufal@millerbarondess.com
3  MILLER BARONDESS, LLP
   2121 Avenue of the Stars, Suite 2600
4  Los Angeles, California 90067
   Telephone: (310) 552-4400
5  Facsimile: (310) 552-8400

6  Attorneys for Plaintiff
   VICTORY 2020, LLC dba MISS ME
7

8              **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10 VICTORY 2020, LLC dba MISS ME, a | **CASE NO.**
   California limited liability company,
11                                      | **COMPLAINT FOR:**
                Plaintiff,
12                                      | **(1)-(7)  Copyright Infringement in**
           v.                          | **Violation of 17 U.S.C. § 501**
13                                      | **(Claims For Relief 1-7);**
   GRACING INC. dba GRACE IN LA, a
14 California corporation; and DOES 1-10,
   inclusive,
15
                Defendants.            | **[DEMAND FOR JURY TRIAL]**
16

*Sidebar (vertical text):* MILLER BARONDESS, LLP · ATTORNEYS AT LAW · 2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067 · TEL (310) 552-4400  FAX (310) 552-8400

711392.1

COMPLAINT

1    Plaintiff Victory 2020, LLC d/b/a Miss Me ("Plaintiff" or "Victory 2020")

2    alleges in this Complaint against Defendant Gracing Inc. dba Grace in LA

3    ("Defendant" or "Grace in LA") and DOES 1-10, as follows:

4                          **NATURE OF THE ACTION**

5        1.    This lawsuit seeks to recover damages from Defendant for blatantly

6    and unlawfully misappropriating Plaintiff's valuable copyrights and to enjoin any

7    further misappropriation and infringement.

8        2.    Grace in LA has copied the same style, look, and feel of Plaintiff's

9    celebrated MISS ME brand jeans to sell its own lower quality, knock-off jeans.

10   Grace in LA's inferior imitation of Plaintiff's MISS ME brand jeans was deliberate

11   and intended to piggyback off of the enormous popularity, goodwill and success of

12   Plaintiff's highly recognizable and valuable designs.

13       3.    Grace in LA has willfully, deliberately and systematically targeted

14   Plaintiff, and has infringed on a number of Plaintiff's most distinctive and popular

15   designs—used on and in connection with its highly successful lines of jeanswear

16   products, which are operated, marketed, and sold under the MISS ME brand.  After

17   Plaintiff spent substantial resources in promoting and selling jeanswear products

18   containing such designs, and after consumers had come to recognize such designs

19   and associate them exclusively with Plaintiff's MISS ME brand, Grace in LA

20   introduced jeanswear products using virtually identical designs.  This conduct was

21   in bad faith, was undertaken without Plaintiff's consent and was done by Defendant

22   deliberately so that it could pawn off Plaintiff's goodwill.

23       4.    Plaintiff seeks injunctive relief and damages against Defendant for

24   copyright infringement in violation of the laws of the United States and the State of

25   California.

26       5.    On December 19, 2024, Plaintiff filed a Second Amended Complaint in

27   a related action against Grace in LA for copyright infringement ("GLA 1").  *See*

28   *Sweet People Apparel, Inc. dba MISS ME and Victory 202, LLC dba MISS ME v.*

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  (Case No. 2:24-cv-02305-FMO-AJR).  This action and GLA 1 are related cases

2  because there is significant overlap in the parties, they arise from the same or a

3  closely related transaction, happening, or event, and call for determination of the

4  same or substantially related or similar questions of law and fact.

5  **SUBJECT MATTER JURISDICTION AND VENUE**

6        6.     This action arises under the Copyright Act of 1976, as amended, 17

7  U.S.C. § 101 *et seq.*, for copyright infringement under federal law.

8        7.     This Court has jurisdiction over the subject matter of this action under

9  28 U.S.C. §§ 1338(a), 1338(b).

10  **PERSONAL JURISDICTION AND VENUE**

11        8.     This Court has personal jurisdiction over Defendant because it is

12  incorporated in California, conducts business in California, and because it has

13  committed acts of copyright infringement in California.

14        9.     Venue is proper in this district under 28 U.S.C. §§ 1391(b), (c), and (d)

15  and 1400(a) because Defendant has offices located in this district, conducts a

16  substantial amount of business in this district and a substantial amount of the events

17  or omissions giving rise to Plaintiff's claims occurred in this district.

18  **THE PARTIES**

19       10.    Plaintiff Victory 2020 is a limited liability company also doing

20  business as Miss Me.  Plaintiff is duly organized and existing under the laws of the

21  State of California, and maintains its principal place of business at 4715 S. Alameda

22  Street, Los Angeles, California 90058.  Plaintiff conducts a substantial amount of

23  business in California, including under the trademark MISS ME brand.

24       11.    Plaintiff is the author and owner of all the copyrights alleged herein and

25  as detailed further below.

26       12.    Upon information and belief, Defendant Grace in LA is a corporation

27  duly organized and existing under the laws of the State of California, and maintains

28  its principal place of business within this judicial district at 5314 3rd Street,

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1  Irwindale, CA 91706.

2       13.    Plaintiff is ignorant of the true names, capacities, relationships and

3  extent of participation in the conduct herein alleged of the Defendants sued herein as

4  DOES 1 through 10, inclusive, but on information and belief alleges that said

5  Defendants are legally responsible to them.  Plaintiff will amend this Complaint to

6  allege the true names and capacities of the Doe Defendants when ascertained.

7                          **FACTUAL ALLEGATIONS**

8       A.    **Plaintiff's Business**

9       14.    Plaintiff manufactures, promotes, sells, and distributes high-quality

10  jeanswear and denim products throughout the United States, including in this

11  judicial district, under the MISS ME brand name.  Plaintiff's line of MISS ME

12  brand jeanswear products are sold at retail by such well-known fashion retailers and

13  department stores as Macy's, Boot Barn, Dillard's, Cavender's, Sheplers, and The

14  Buckle, both in-store and online.  Plaintiff also sells its MISS ME brand jeans

15  through its website: https://www.missme.com.

16       15.    Since its establishment in 2001, Plaintiff's MISS ME brand jeans have

17  gained a significant following and maintain a strong presence, particularly in

18  "western" clothing retailers.  Due to its popularity, Plaintiff's MISS ME jeanswear

19  has received extensive media coverage and has appeared in numerous widely

20  circulated fashion magazines, including *In Style*, *Elle*, *Glamour*, *Lucky*, *944*

21  *Magazine*, *Harper's Bazaar*, *Lucky*, *Teen Vogue* and *Nylon*.  In addition, celebrities

22  such as Miley Cyrus, Paris Hilton, Cameron Diaz and Beyonce have been

23  photographed wearing MISS ME jeanswear in public.

24       16.    Among the many elements that identify MISS ME brand jeanswear

25  products and distinguish them from the products of Plaintiff's competitors are the

26  unique and distinctive "western" designs that are embroidered onto and/or otherwise

27  affixed to the back-pockets of its jeanswear products.  Consumers specifically

28  identify the embellished back-pocket with "western" design themes as a distinctive

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    feature of the MISS ME brand and use it to distinguish Plaintiff's jeans from its

2    competitors.  Such designs are used by Plaintiff on its MISS ME brand of jeanswear

3    products, and have come to exclusively identify Plaintiff as the source of such

4    products.

5        **B.**    **Plaintiff's Protected Designs**

6        17.    Among Plaintiff's most important assets are the intellectual property

7    rights it owns in the unique and distinctive designs used on and in connection with

8    the MISS ME line of jeanswear products.  Plaintiff holds copyright registrations for

9    its unique expressions of embellished "western" style back-pocket designs. The

10   copyrights protect the unique and innovative designs the company uses on and in

11   connection with the MISS ME brand of jeanswear products. Such designs include

12   Plaintiff's Stars and Stripes Horseshoe Design, Winged Horseshoe Design,

13   Horseshoe and Horse Design, Feathered Longhorn Design, Western Feather Design,

14   Embellished Wing Design, and Western Cactus Design.  These designs are defined

15   and discussed below.

16           **Stars and Stripes Horseshoe Design Copyright**

17       18.    Plaintiff Victory 2020 owns U.S. Copyright Registration No. VA-2-

18   425-552, effective as of December 12, 2024, for its Stars and Stripes Horseshoe

19   Design (the "Stars and Stripes Horseshoe Design Copyright").  A copy of the

20   registration certificate for the Stars and Stripes Horseshoe Design Copyright along

21   with an image of the Stars and Stripes Horseshoe Design as used on MISS ME's

22   line of jeanswear products is attached hereto as **Exhibit 1**.

23       19.    The Stars and Stripes Horseshoe Design was created in 2022 and has

24   been in continuous use on MISS ME's jeanswear products since at least as early as

25   August 8, 2022.  Victory 2020 owns all rights, title and interest to the Stars and

26   Stripes Horseshoe Design Copyright, which constitutes original and copyrightable

27   subject matter under the U.S. Copyright Act.

28       20.    Victory 2020 has duly complied with all relevant requirements of the

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1  U.S. Copyright Act with respect to the Stars and Stripes Horseshoe Design

2  Copyright.

3  **Winged Horseshoe Design Copyright**

4      21.    Plaintiff Victory 2020 owns U.S. Copyright Registration No. VA-2-

5  425-549, effective as of December 12, 2024, for its Winged Horseshoe Design (the

6  "Winged Horseshoe Design Copyright").  A copy of the registration certificate for

7  the Winged Horseshoe Design Copyright along with an image of the Winged

8  Horseshoe as used on MISS ME's line of jeanswear products is attached hereto as

9  **Exhibit 2**.

10      22.    The Winged Horseshoe Design was created in 2019 and has been in

11  continuous use on MISS ME's jeanswear products since at least as early as January

12  10, 2020.  Victory 2020 owns all rights, title and interest to the Winged Horseshoe

13  Design Copyright, which constitutes original and copyrightable subject matter under

14  the U.S. Copyright Act.

15      23.    Victory 2020 has duly complied with all relevant requirements of the

16  U.S. Copyright Act with respect to the Winged Horseshoe Design Copyright.

17  **Horseshoe and Horse Design Copyright**

18      24.    Plaintiff Victory 2020 owns U.S. Copyright Registration No. VA-2-

19  384-804, effective as of February 29, 2024, for its Horseshoe and Horse Design (the

20  "Horseshoe and Horse Design Copyright").  A copy of the registration certificate for

21  the Horseshoe and Horse Design Copyright along with an image of the Horseshoe

22  and Horse Design as used on MISS ME's line of jeanswear products is attached

23  hereto as **Exhibit 3**.

24      25.    The Horseshoe and Horse Design was created in 2021 and has been in

25  continuous use on MISS ME's jeanswear products since at least as early as January

26  13, 2022.  Victory 2020 owns all rights, title, and interest to the Horseshoe and

27  Horse Design Copyright, which constitutes original and copyrightable subject matter

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1   under the U.S. Copyright Act.

2       26.    Victory 2020 has duly complied with all relevant requirements of the

3   U.S. Copyright Act with respect to the Horseshoe and Horse Design Copyright.

4   **Feathered Longhorn Design Copyright**

5       27.    Plaintiff Victory 2020 owns U.S. Copyright Registration No. VA-2-

6   425-551, effective as of December 12, 2024, for its Feathered Longhorn Design (the

7   "Feathered Longhorn Design Copyright").  A copy of the registration certificate for

8   the Feathered Longhorn Design Copyright along with an image of the Feathered

9   Longhorn Design as used on MISS ME's line of jeanswear products is attached

10   hereto as **Exhibit 4**.

11       28.    The Feathered Embroidery Design was created in 2021 and has been in

12   continuous use on MISS ME's jeanswear products since at least as early as May 1,

13   2022.  Victory 2020 owns all rights, title and interest to the Feathered Longhorn

14   Design Copyright, which constitutes original and copyrightable subject matter under

15   the U.S. Copyright Act.

16       29.    Victory 2020 has duly complied with all relevant requirements of the

17   U.S. Copyright Act with respect to the Feathered Longhorn Design Copyright.

18   **Western Feather Design Copyright**

19       30.    Plaintiff Victory 2020 owns U.S. Copyright Registration No. VA-2-

20   425-548, effective as of December 12, 2024, for its Western Feather Design (the

21   "Western Feather Design Copyright").  A copy of the registration certificate for the

22   Western Feather Design Copyright along with an image of the Western Feather

23   Design as used on MISS ME's line of jeanswear products is attached hereto as

24   **Exhibit 5**.

25       31.    The Western Feather Design was created in 2022 and has been in

26   continuous use on MISS ME's jeanswear products since at least as early as January

27   14, 2023.  Victory 2020 owns all rights, title and interest to the Western Feather

28   Design Copyright, which constitutes original and copyrightable subject matter under

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  the U.S. Copyright Act.

2      32.    Victory 2020 has duly complied with all relevant requirements of the

3  U.S. Copyright Act with respect to the Western Feather Design Copyright.

4                          **Embellished Wing Design Copyright**

5      33.    Plaintiff Victory 2020 owns U.S. Copyright Registration No. VA-2-

6  425-550, effective as of December 12, 2024, for its Embellished Wing Design (the

7  "Embellished Wing Design Copyright").  A copy of the registration certificate for

8  the Embellished Wing Design Copyright along with an image of the Embellished

9  Wing Design as used on MISS ME's line of jeanswear products is attached hereto as

10  **Exhibit 6**.

11      34.    The Embellished Wing Design was created in 2019 and has been in

12  continuous use on MISS ME's jeanswear products since at least as early as February

13  1, 2020.  Victory 2020 owns all rights, title and interest to the Embellished Wing

14  Design Copyright, which constitutes original and copyrightable subject matter under

15  the U.S. Copyright Act.

16      35.    Victory 2020 has duly complied with all relevant requirements of the

17  U.S. Copyright Act with respect to the Embellished Wing Design Copyright.

18                          **Western Cactus Design Copyright**

19      36.    Plaintiff Victory 2020 owns U.S. Copyright Registration No. VA-2-

20  400-084, effective as of April 3, 2024, for its Western Cactus Design (the "Western

21  Cactus Design Copyright").  A copy of the registration certificate for the Western

22  Cactus Design Copyright along with an image of the Western Cactus Design as used

23  on MISS ME's line of jeanswear products is attached hereto as **Exhibit 7**.

24      37.    The Western Cactus Design was created in 2019 and has been in

25  continuous use on MISS ME's jeanswear products since at least as early as January

26  10, 2020.  Victory 2020 owns all rights, title and interest to the Western Cactus

27  Design Copyright, which constitutes original and copyrightable subject matter under

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

the U.S. Copyright Act.

38.     Victory 2020 has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Western Cactus Design Copyright.

39.     The foregoing copyrighted designs shall hereinafter be referred to collectively as the "MISS ME Protected Designs."

**C.     Defendant's Infringing Conduct**

40.     Grace in LA is engaged in the business of designing, manufacturing, importing, exporting, distributing, supplying, advertising, promoting, offering for sale and selling apparel products, including jeanswear products, under the Grace in LA brand name.

41.     Grace in LA is creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, promoting, offering for sale and/or selling, and/or are causing to be designed, manufactured, imported, distributed, advertised, promoted, offered for sale and/or sold—without authorization or license from Plaintiff—jeanswear products bearing designs that are studied imitations of the MISS ME Protected Designs (the "Infringing Designs").

42.     A comparison of the Infringing Designs used by Grace in LA on its jeanswear products, which are a studied imitation of the MISS ME Protected Designs, is set forth here:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MISS ME<br>Protected Designs | Grace in LA's<br>Infringing Designs |
|---|---|
| **Stars and Stripes**<br>**Horseshoe Design**<br>Reg. No. VA-2-425-552 |  |
| <br>**Winged Horseshoe Design**<br>Reg. No. VA 2-425-549 |  |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

| MISS ME Protected Designs | Grace in LA's Infringing Designs |
| --- | --- |
|  Horseshoe and Horse Design Reg. No. 2-384-804 |  |
|  Feathered Longhorn Design Reg. No. VA 2-425-551 |  |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

| MISS ME Protected Designs | Grace in LA's Infringing Designs |
|---|---|
| **Western Feather Design** Reg No. VA 2-425-548 |  |
| **Embellished Wing Design** Reg. No. VA 2-425-550 |  |
| **Western Cactus Design** Reg. No. VA 2-400-084 |  |



43.     The Grace in LA Infringing Design featured in the second column, first row of the table in Paragraph 42 is substantially similar to the Plaintiff's Stars and Stripes Horseshoe Design.  The similarities include, but are not limited to, the following: an ornately embellished back-pocket; a horseshoe design element set in a "western" style theme; fashioned with thick and colorful stitching; an American-style red, white and blue color scheme; an American-style stars and stripes pattern; thick stitching around the back-pocket boarder; proportionality in the size of the horseshoe vis-à-vis the back-pocket; the orientation of the featured horseshoe; shiny studs on each of the top corners of the back-pocket.

44.     The Grace in LA Infringing Design featured in the second column, second row of the table in Paragraph 42 is substantially similar to the Plaintiff's Winged Horseshoe Design.  The similarities include, but are not limited to, the following: an ornately embellished back-pocket; horseshoe design element set in a "western" style theme; fashioned with thick and colorful stitching; a unique blue, orange, and white color scheme; a unique feathered outlay on the perimeter of the horseshoe; elongated feathers on the two top ends of the horseshoe creating a flight-like impression; the orientation of the featured horseshoe; proportionality in the size of the horseshoe vis-à-vis the back-pocket; shiny studs on each of the top corners of the back-pocket.

45.     The Grace in LA Infringing Design featured in the second column, third row of the table in Paragraph 42 is substantially similar to the Plaintiff's Horseshoe and Horse Design.  The similarities include, but are not limited to, the following: an ornately embellished back-pocket; horseshoe design element set in a "western" style themes; fashioned with thick and colorful stitching; a cross-section of a horse on the lower-right, inside edge of the horseshoe; proportionality in the size of the horse vis-à-vis the horseshoe to create a protruding look; proportionality in the size of the horse and horseshoe vis-à-vis the back-pocket; the orientation of

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1    the featured horseshoe and horse; shiny studs on each of the top corners of the back-
2    pocket.

3        46.    The Grace in LA Infringing Design featured in the second column,
4    fourth row of the table in Paragraph 42 is substantially similar to the Plaintiff's
5    Feathered Longhorn Design.  The similarities include, but are not limited to, the
6    following: an ornately embellished back-pocket; a longhorn cattle skull set in a
7    "western" style theme; multiple feathers hung from the sides of the skull;
8    symmetrical design print impressed on the head and down the snout of the skull;
9    proportionality in the size of the longhorn skull vis-à-vis the back-pocket; the
10    orientation of the featured longhorn skull; fashioned with thick and colorful
11    stitching; thick stitching around the back-pocket boarder; shiny studs on each of the
12    top corners of the back-pocket.

13        47.    The Grace in LA Infringing Design featured in the second column, fifth
14    row of the table in Paragraph 42 is substantially similar to the Plaintiff's Western
15    Feather Design.  The similarities include, but are not limited to, the following: an
16    ornately embellished back-pocket; Native American iconography stitched to a jeans
17    back-pocket; a butterfly geometric shape representing eternal life; multiple feathers
18    hung from the lower end of the butterfly geometric shape; triangular boarders on the
19    upper edge and sides of the butterfly geometric shape; fashioned with thick, black
20    and white stitching; proportionality in the size of the butterfly geometric shape vis-
21    à-vis the back-pocket.

22        48.    The Grace in LA Infringing Design featured in the second column,
23    sixth row of the table in Paragraph 42 is substantially similar to the Plaintiff's
24    Embellished Wing Design.  The similarities include, but are not limited to, the
25    following: an ornately embellished back-pocket; back-pocket flap with a distinctly
26    pointed design; ornamented boarder running along the outer and lower edges of the
27    flap; rounded wing set intersected by the point of the flap; studded and ornamented
28    wing ridge; proportionality in the size of the flap vis-à-vis the back-pocket;

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

proportionality in the size of the wingspan vis-à-vis the back-pocket; the orientation of the wingspan; shiny studs on each of the top corners of the back-pocket.

49.     The Grace in LA Infringing Design featured in the second column, seventh row of the table in Paragraph 42 is substantially similar to the Plaintiff's Western Cactus Design.  The similarities include, but are not limited to, the following: an ornately embellished back-pocket; a Saguaro cactus, anthropomorphized by a tilted cowboy hat on its main trunk; the right of center position of the Saguaro cactus; a red cowboy hat band tied around the cowboy hat; a dessert landscape; a colorful horizon; the orientation of the Saguaro cactus; the proportionality in the size of the cactus vis-à-vis the back-pocket; shiny studs on each of the top corners of the back-pocket.

50.     Grace in LA continues to promote, offer for sale and sell—without authorization or license from Plaintiff—products bearing Plaintiff's Infringing Designs through its own website (https://graceinlajeans.com/) and through national retailers.

51.     Grace in LA promotes, offers for sale, and sells—without authorization or license from Plaintiff—products bearing Plaintiff Victory 2020's Stars and Stripes Horseshoe Design Copyright through national retailer Rider Styles' online store, available at: https://riderstyles.com/products/grace-in-la-horseshoe-easy-fit-shorts (last visited January 15, 2025).

52.     Grace in LA promotes, offers for sale, and sells—without authorization or license from Plaintiff—products bearing Plaintiff Sweet People's Winged Horseshoe Design Copyright through national retailer Poshmark's online store, available at: https://poshmark.com/listing/Grace-in-LA-Womens-Aztec-Western-Embroidered-Stonewashed-Bootcut-Stretch-Jeans-656ff45769ef1a20f0f69b16 (last visited January 15, 2025).

53.     Grace in LA promotes, offers for sale, and sells—without authorization or license from Plaintiff—products bearing Plaintiff Victory 2020's Horseshoe and

Miller Barondess, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Horse Design Copyright through national retailer Walmart, Inc.'s online store, available at: https://www.walmart.com/ip/Grace-in-LA-Women-s-Western-Horse-Embroidered-Stretch-Bootcut-Jeans-30-Blue/2963105697 (last visited January 15, 2025).

54.    Grace in LA promotes, offers for sale, and sells—without authorization or license from Plaintiff—products bearing Plaintiff Victory 2020's Feathered Longhorn Design Copyright through national retailer Cavender's online store, available at https://www.cavenders.com/grace-in-l.a.-womens-dark-wash-floral-skull-and-feathers-embroidery-easy-fit-jeans/EBS735.html (last visited January 15, 2025).

55.    Grace in LA promotes, offers for sale, and sells—without authorization or license from Plaintiff—products bearing Plaintiff Victory 2020's Western Feather Design Copyright through national retailer Boot Barn's online store, available at https://www.bootbarn.com/grace-in-la-womens-medium-wash-geo-print-feather-embroidered-mid-rise-bootcut-stretch-denim-jeans/2000412987.html?dwvar_2000412987_color=414 (last visited January 15, 2025).

56.    Grace in LA promotes, offers for sale, and sells—without authorization or license from Plaintiff —products bearing Plaintiff Victory 2020's Embellished Wing Design Copyright through national retailer Walmart, Inc.'s online store, available at https://www.walmart.com/ip/Grace-in-LA-Women-s-Angel-Wings-Embellished-Flap-Pockets-Bootcut-Stretch-Jeans-29/449321906 (last visited January 15, 2025).

57.    Grace in LA promotes, offers for sale, and sells—without authorization or license from Plaintiff—products bearing Plaintiff Victory 2020's Western Cactus Design Copyright through national retailer Hayloft Western Wear's online store, available at https://hayloftwestern.com/products/grace-in-la-bootcut-desert-dream-

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1   style-eb61591 (last visited January 15, 2025).

2      58.   Grace in LA promotes, offers for sale, and sells—without authorization

3   or license from Plaintiff—products bearing the MISS ME Protected Designs through

4   Grace in LA's own online store, available at: https://graceinlajeans.com/products

5   (last visited January 15, 2025).

6      59.   Rather than going to the effort and expense of developing and creating

7   its own unique, source-identifying designs, Grace in LA has deliberately and

8   knowingly replicated the MISS ME Protected Designs.  As a result, Grace in LA's

9   jeanswear products bearing the Infringing Designs are likely to cause consumers,

10  either at the point-of-sale or post-sale, to believe that products bearing the Infringing

11  Designs are authorized, sponsored, approved, endorsed or licensed by Plaintiff, or

12  are in some other way affiliated, associated, or connected with the MISS ME brand.

13     60.   Defendant was aware of the fact that the MISS ME Protected Designs

14  were Plaintiff's well-known designs at the time it began using the Infringing

15  Designs on its jeanswear products.  Accordingly, Grace in LA has been engaging in

16  the above-described unlawful activities knowingly and intentionally, and/or with

17  reckless disregard for Plaintiff's rights in the MISS ME Protected Designs.

18     61.   Grace in LA is designing, manufacturing, importing, distributing,

19  advertising, promoting, offering for sale and/or selling, and/or is causing to be

20  designed, manufactured, imported, distributed, advertised, promoted, offered for

21  sale and/or sold, without authorization or license, products bearing the Infringing

22  Designs at prices below the retail prices at which Plaintiff's products bearing such

23  designs are sold.

24     62.   Defendant intends to continue to design, manufacture, import,

25  distribute, advertise, promote, offer for sale and/or sell products bearing the

26  Infringing Designs, unless otherwise restrained by this Court.

27     63.   Unless Defendant's conduct is enjoined, such conduct will severely

28  inhibit and/or destroy the ability of the MISS ME Protected Designs to identify

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  Plaintiff as the exclusive source of goods to which they are affixed.

2  ## FIRST CLAIM FOR RELIEF

3  *(Plaintiff Victory 2020 against Defendant and DOES 1-10)*

4  **(Copyright Infringement (17 U.S.C. § 501))**

5  64.  Plaintiff repeats and re-alleges each and every foregoing and

6  subsequent allegation contained in the Complaint, and further alleges as follows:

7  65.  Victory 2020 is the owner of a U.S. copyright registration for the Stars

8  and Stripes Horseshoe Design Copyright, which registration is in full force and

9  effect.  A copy of the registration certificate is attached hereto as **Exhibit 1**.

10  66.  Defendant, without authorization from Plaintiff Victory 2020, and after

11  Plaintiff Victory 2020 created and first used the Stars and Stripes Horseshoe Design

12  Copyright on MISS ME jeanswear products, has distributed, advertised, promoted,

13  sold and offered for sale jeanswear products incorporating designs that were copied

14  from and are substantially similar in overall appearance to the Stars and Stripes

15  Horseshoe Design Copyright.

16  67.  Defendant thereby has willfully infringed and, upon information and

17  belief, is continuing to willfully infringe on the Stars and Stripes Horseshoe Design

18  Copyright.  Plaintiff is therefore entitled to actual damages and to disgorge

19  Defendant's profits pursuant to 17 U.S.C. § 504(a)-(b), and to recover, at the Court's

20  discretion, statutory damages for Defendant's willful conduct pursuant to 17 U.S.C.

21  § 504(c)(2).

22  68.  Upon information and belief, by its acts, Defendant has made and will

23  make substantial profits and gains to which it is not in law or in equity entitled.

24  69.  Upon information and belief, Defendant intends to continue its willful

25  conduct, and will continue to willfully infringe on the Stars and Stripes Horseshoe

26  Design Copyright, and to act in bad faith, unless restrained by this Court.

27  70.  Defendant's acts have damaged and will continue to irreparably

28  damage Plaintiff Victory 2020, and Plaintiff Victory 2020 has no adequate remedy

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1 | at law.

## SECOND CLAIM FOR RELIEF

### *(Plaintiff Victory 2020 against Defendant and DOES 1-10)*

### (Copyright Infringement (17 U.S.C. § 501))

71.     Plaintiff repeats and re-alleges each and every foregoing and subsequent allegation contained in the Complaint, and further alleges as follows:

72.     Victory 2020 is the owner of a U.S. copyright registration for the Winged Horseshoe Design Copyright, which registration is in full force and effect. A copy of the registration certificate is attached hereto as **Exhibit 2**.

73.     Defendant, without authorization from Plaintiff Victory 2020, and after Plaintiff Victory 2020 created and first used the Winged Horseshoe Design Copyright on MISS ME jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to the Winged Horseshoe Design Copyright.

74.     Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe on the Winged Horseshoe Design Copyright.  Plaintiff is therefore entitled to actual damages and to disgorge Defendant's profits pursuant to 17 U.S.C. § 504(a)-(b), and to recover, at the Court's discretion, statutory damages for Defendant's willful conduct pursuant to 17 U.S.C. § 504(c)(2).

75.     Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

76.     Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe on the Winged Horseshoe Design Copyright, and to act in bad faith, unless restrained by this Court.

77.     Defendant's acts have damaged and will continue to irreparably damage Plaintiff Victory 2020, and Plaintiff Victory 2020 has no adequate remedy

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  at law.

## **THIRD CLAIM FOR RELIEF**

### *(Plaintiff Victory 2020 against Defendant and DOES 1-10)*

### **(Copyright Infringement (17 U.S.C. § 501))**

78.    Plaintiff repeats and re-alleges each and every foregoing and subsequent allegation contained in the Complaint, and further alleges as follows:

79.    Victory 2020 is the owner of a U.S. copyright registration for the Horseshoe and Horse Design Copyright, which registration is in full force and effect.  A copy of the registration certificate is attached hereto as **Exhibit 3**.

80.    Defendant, without authorization from Plaintiff Victory 2020, and after Plaintiff Victory 2020 created and first used the Horseshoe and Horse Design Copyright on MISS ME jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to the Horseshoe and Horse Design Copyright.

81.    Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe on the Horseshoe and Horse Design Copyright.  Plaintiff is therefore entitled to actual damages and to disgorge Defendant's profits pursuant to 17 U.S.C. § 504(a)-(b), and to recover, at the Court's discretion, statutory damages for Defendant's willful conduct pursuant to 17 U.S.C. § 504(c)(2).

82.    Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

83.    Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe on the Horseshoe and Horse Design Copyright, and to act in bad faith, unless restrained by this Court.

84.    Defendant's acts have damaged and will continue to irreparably damage Plaintiff Victory 2020, and Plaintiff Victory 2020 has no adequate remedy

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1  at law.

## **FOURTH CLAIM FOR RELIEF**

*(Plaintiff Victory 2020 against Defendant and DOES 1-10)*

**(Copyright Infringement (17 U.S.C. § 501))**

85.    Plaintiff repeats and re-alleges each and every foregoing and subsequent allegation contained in the Complaint, and further alleges as follows:

86.    Victory 2020 is the owner of a U.S. copyright registration for the Feathered Longhorn Design Copyright, which registration is in full force and effect. A copy of the registration certificate is attached hereto as **Exhibit 4**.

87.    Defendant, without authorization from Plaintiff Victory 2020, and after Plaintiff Victory 2020 created and first used the Feathered Longhorn Design Copyright on MISS ME jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to the Feathered Longhorn Design Copyright.

88.    Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe on the Feathered Longhorn Design Copyright.  Plaintiff is therefore entitled to actual damages and to disgorge Defendant's profits pursuant to 17 U.S.C. § 504(a)-(b), and to recover, at the Court's discretion, statutory damages for Defendant's willful conduct pursuant to 17 U.S.C. § 504(c)(2).

89.    Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

90.    Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe on the Feathered Longhorn Design Copyright, and to act in bad faith, unless restrained by this Court.

91.    Defendant's acts have damaged and will continue to irreparably damage Plaintiff Victory 2020, and Plaintiff Victory 2020 has no adequate remedy

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1 | at law.

## FIFTH CLAIM FOR RELIEF

*(Plaintiff Victory 2020 against Defendant and DOES 1-10)*

**(Copyright Infringement (17 U.S.C. § 501))**

92.    Plaintiff repeats and re-alleges each and every foregoing and subsequent allegation contained in the Complaint, and further alleges as follows:

93.    Victory 2020 is the owner of a U.S. copyright registration for the Western Feather Design Copyright, which registration is in full force and effect.  A copy of the registration certificate is attached hereto as **Exhibit 5**.

94.    Defendant, without authorization from Plaintiff Victory 2020, and after Plaintiff Victory 2020 created and first used the Western Feather Design Copyright on MISS ME jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to the Western Feather Design Copyright.

95.    Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe on the Western Feather Design Copyright. Plaintiff is therefore entitled to actual damages and to disgorge Defendant's profits pursuant to 17 U.S.C. § 504(a)-(b), and to recover, at the Court's discretion, statutory damages for Defendant's willful conduct pursuant to 17 U.S.C. § 504(c)(2).

96.    Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

97.    Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe on the Western Feather Design Copyright, and to act in bad faith, unless restrained by this Court.

98.    Defendant's acts have damaged and will continue to irreparably damage Plaintiff Victory 2020, and Plaintiff Victory 2020 has no adequate remedy

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1  at law.

## SIXTH CLAIM FOR RELIEF

### *(Plaintiff Victory 2020 against Defendant and DOES 1-10)*

### (Copyright Infringement (17 U.S.C. § 501))

99.    Plaintiff repeats and re-alleges each and every foregoing and subsequent allegation contained in the Complaint, and further alleges as follows:

100.    Victory 2020 is the owner of a U.S. copyright registration for the Embellished Wing Design Copyright, which registration is in full force and effect. A copy of the registration certificate is attached hereto as **Exhibit 6**.

101.    Defendant, without authorization from Plaintiff Victory 2020, and after Plaintiff Victory 2020 created and first used the Embellished Wing Design Copyright on MISS ME jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to the Embellished Wing Design Copyright.

102.    Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe on the Embellished Wing Design Copyright.  Plaintiff is therefore entitled to actual damages and to disgorge Defendant's profits pursuant to 17 U.S.C. § 504(a)-(b), and to recover, at the Court's discretion, statutory damages for Defendant's willful conduct pursuant to 17 U.S.C. § 504(c)(2).

103.    Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

104.    Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe on the Embellished Wing Design Copyright, and to act in bad faith, unless restrained by this Court.

105.    Defendant's acts have damaged and will continue to irreparably damage Plaintiff Victory 2020, and Plaintiff Victory 2020 has no adequate remedy

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  at law.

## SEVENTH CLAIM FOR RELIEF

### *(Plaintiff Victory 2020 against Defendant and DOES 1-10)*

### (Copyright Infringement (17 U.S.C. § 501))

106.   Plaintiff repeats and re-alleges each and every foregoing and subsequent allegation contained in the Complaint, and further alleges as follows:

107.   Victory 2020 is the owner of a U.S. copyright registration for the Western Cactus Design Copyright, which registration is in full force and effect.  A copy of the registration certificate is attached hereto as **Exhibit 7**.

108.   Defendant, without authorization from Plaintiff Victory 2020, and after Plaintiff Victory 2020 created and first used the Western Cactus Design Copyright on MISS ME jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to the Western Cactus Design Copyright.

109.   Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe on the Western Cactus Design Copyright. Plaintiff is therefore entitled to actual damages and to disgorge Defendant's profits pursuant to 17 U.S.C. § 504(a)-(b), and to recover, at the Court's discretion, statutory damages for Defendant's willful conduct pursuant to 17 U.S.C. § 504(c)(2).

110.   Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

111.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe on the Western Cactus Design Copyright, and to act in bad faith, unless restrained by this Court.

112.   Defendant's acts have damaged and will continue to irreparably damage Plaintiff Victory 2020, and Plaintiff Victory 2020 has no adequate remedy

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for the following relief:

(a)    Enter judgment in Plaintiff's favor, finding that the MISS ME Protected Designs have been infringed by Defendant in violation of 17 U.S.C. § 501;

(b)    Pursuant to 17 U.S.C. § 502(a), Defendant, its agents, servants and employees and all parties in privity with them are enjoined permanently from directly or indirectly using the MISS ME Protected Designs, or any other works derived in any way therefrom, in any manner which infringes upon Plaintiff's copyrights;

(c)    Defendant file with the Court and serve on Plaintiff a report setting forth the manner and form in which compliance with said permanent injunction against infringement has been made;

(d)    Pursuant to 17 U.S.C. § 504(b), Defendant is required to pay to Plaintiff such actual damages as Plaintiff may have sustained in consequence of Defendant's infringement and all profits of Defendant that are attributable to the infringement of Plaintiff's copyrights in an amount to be proven at trial but not less than $5,000,000.

(e)    Defendant provide Plaintiff an accounting for all gains, profits and advantages attributable to or derived by Defendant from its infringement;

(f)    Defendant's infringements are found to have been willful;

(g)    Pursuant to 17 U.S.C. § 504(c), Defendant is required to pay an award of increased statutory damages in a sum of not less than $150,000 per infringement for willful infringement, should this

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    statutory remedy be elected;

2    (h)    Pursuant to 17 U.S.C. § 505, Defendant is required to pay

3    Plaintiff's full costs in this action and reasonable attorney's fees;

4    (i)    Defendant is equitably disgorged of wrongfully obtained profits

5    attributable to MISS ME Protected Designs;

6    (j)    For pre-judgment interest according to statute;

7    (k)    For injunctive relief that requires Defendant to stop selling the

8    infringing combination of MISS Protected Designs, and any

9    other products that infringe Plaintiff's copyrights; and

10    (l)    For any further relief that the Court deems just and proper.

11

12    DATED:  January 15, 2025          MILLER BARONDESS, LLP

13

14

15    By:  /s/ A. Sasha Frid

16         A. SASHA FRID
         Attorneys for Plaintiff
17         VICTORY 2020, LLC dba MISS ME

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400