| Attorney or Party without Attorney:<br>A. Sasha Frid, Esq. (SBN 216800)<br>MILLER BARONDESS, LLP<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California, 90067 | | *For Court Use Only* |
|---|---|---|
| *Telephone No:*  (310) 552-4400 | | |
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>1802-002 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| *Plaintiff:*  VICTORY 2020, LLC dba MISS ME, a California limited liability company,<br>*Defendant:*  GRACING INC. dba GRACE IN LA, a California corporation | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-cv-00405-CBM (SSCx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. *a.*  *Party served:*   GRACING INC. dba GRACE IN LA, a California corporation
   *b.*  *Person served:*   Alphan Tsoi, Registered Agent

4. *Address where the party was served:*   5314 3rd Street, Irwindale, CA 91706

5. *I served the party:*
   a. **by substituted service.**   On: Fri, Jan 17 2025 at: 02:53 PM by leaving the copies with or in the presence of:
   Jane Liu, Accountant Manager, authorized to accept served under F.R.C.P. Rule 4.

   (1)  [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [ ]  **(Declaration of Mailing)** is attached.
   (4)  [X]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| *Attorney or Party without Attorney:*<br>A. Sasha Frid, Esq. (SBN 216800)<br>MILLER BARONDESS, LLP<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California, 90067 | | *For Court Use Only* |
|---|---|---|
| *Telephone No:*  (310) 552-4400 | | |
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>1802-002 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the Central District of California | | |
| *Plaintiff:*  VICTORY 2020, LLC dba MISS ME, a California limited liability company,<br>*Defendant:*  GRACING INC. dba GRACE IN LA, a California corporation | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-cv-00405-CBM (SSCx) |
|---|---|---|---|---|

6. *Person Who Served Papers:*

 a. Alexander Patterson (2016187293, Los Angeles)

 **b. FIRST LEGAL**

  1517 W. Beverly Blvd.

  LOS ANGELES, CA 90026

 c. (213) 250-1111

 **d. *The Fee* for** *Service was:* $279.25

 **e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

01/17/2025

*(Date)*                                        *(Signature)*



| PROOF OF<br>SERVICE | *12535551*<br>*(17069485)*<br>**Page 2 of 2** |
|---|---|

| Attorney or Party without Attorney:<br>A. Sasha Frid, Esq. (SBN 216800)<br>MILLER BARONDESS, LLP<br>2121 Avenue of the Stars, Suite 2600<br>Los Angeles, California, 90067 | | **For Court Use Only** |
|---|---|---|
| *Telephone No:*  (310) 552-4400 | | |
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>1802-002 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the Central District of California | | |
| *Plaintiff:*   VICTORY 2020, LLC dba MISS ME, a California limited liability company,<br>*Defendant:*   GRACING INC. dba GRACE IN LA, a California corporation | | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-cv-00405-CBM (SSCx) |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Tue, Jan 21, 2025
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: GRACING INC. dba GRACE IN LA, a California corporation
        5314 3rd Street, Irwindale, CA 91706

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Jan 21, 2025 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK                    d. *The Fee for Service was:*
   **b. FIRST LEGAL**                    e. I am: Not a Registered California Process Server
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

6.  ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

01/17/2025                           _____

*(Date)*                              *(Signature)*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**BY MAIL** | *12535551*<br>*(17069485)* |
|---|---|---|