JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VICTORY 2020, LLC dba MISS ME, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GRACING INC. dba GRACE IN LA, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00405-CBM-SSC<br><br>[Honorable Consuelo B. Marshall]<br><br>**ORDER FOR STIPULATION OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41(a)(1)(a)(ii))**<br><br>Complaint Filed: January 16, 2025 |

# ORDER

Based upon the parties' Stipulation of Dismissal filed on April 15, 2025 (Dkt. No. 18), the Court hereby orders that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 16, 2025

_____
Hon. Consuelo B. Marshall
United States District Judge